LONG ISLAND LIGHTING COMPANY, Respondent, *v.* VILLAGE OF
OLD BROOKVILLE et al., Appellants.

Argued June 10, 1948; decided July 16, 1948.

*Theodore V. Summers* and *Stoddard B. Colby* for appellants. *Charles G. Blakeslee, David S. Hill, Jr., Philip Huntington* and *Charles J. Tomick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

In the Matter of JAMES J. KANEY et al., Appellants, against NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.

Argued June 11, 1948; decided July 16, 1948.